UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In re:   
    ROBERT M BRUCE  
    TERRI R BRUCE  
        Debtors

Case No. 09-31731

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    William W. Lawrence, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 04/07/2009.

    2) The plan was confirmed on 05/19/2009.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

    5) The case was completed on 05/09/2014.

    6) Number of months from filing to last payment: 61.

    7) Number of months case was pending: 63.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: $ 39,594.41.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $31,565.00 |
| Less amount refunded to debtor | $394.04 |

**NET RECEIPTS:** $31,170.96

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $981.21 |
| Other | $385.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,116.21

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN HOME MTG SERVICING | Secured | 98,520.84 | NA | NA | 0.00 | 0.00 |
| BRIAN MARRILLIA DMD PSC | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL KENTUCKY COLLECTIONS | Unsecured | 283.00 | 533.14 | 533.14 | 394.52 | 0.00 |
| CITIFINANCIAL | Secured | 13,357.00 | 2,000.00 | 2,000.00 | 2,000.00 | 46.66 |
| CITIFINANCIAL | Secured | 12,266.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | 7,591.61 | 7,591.61 | 5,617.79 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 815.00 | 814.96 | 814.96 | 603.07 | 0.00 |
| ELIZABETHTOWN RADIOLOGY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 152.00 | 128.49 | 128.49 | 95.08 | 0.00 |
| FLOYD MEMORIAL HOSPITAL | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTIONS SVC | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 988.00 | 4,410.72 | 4,410.72 | 3,263.93 | 0.00 |
| GLA COLLECTIONS | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLA COLLECTIONS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HARDIN MEMORIAL HOSPITAL | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| HARDIN PROFESSIONAL SVCS | Unsecured | 350.00 | 469.04 | 469.04 | 347.09 | 0.00 |
| HEARTLAND CREDIT CORP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MEADE COUNTY AMBULANCE SER. | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| MED-1 SOLUTIONS LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS ADJUSTMENT SVS | Unsecured | 450.00 | 50.00 | 50.00 | 37.00 | 0.00 |
| NATIONAL AUTO FINANCE CO | Secured | 12,936.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 23,085.00 | 14,989.75 | 14,989.75 | 11,092.42 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,667.00 | 4,667.79 | 4,667.79 | 3,454.16 | 0.00 |
| RADIOLOGY ASSOC OF MURRAY | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY MGMT SYSTEMS CORP | Unsecured | 81.00 | 81.60 | 81.60 | 60.38 | 0.00 |
| SURGICAL CENTER OF E'TOWN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL SPECIALIST | Unsecured | 500.00 | 57.64 | 57.64 | 42.65 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,000.00 | $2,000.00 | $46.66 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,000.00** | **$2,000.00** | **$46.66** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,794.74** | **$25,008.09** | **$0.00** |

UST Form 101-13-FR-S (4/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,116.21 |
| Disbursements to Creditors | $27,054.75 |
| **TOTAL DISBURSEMENTS** : | **$31,170.96** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/10/2014    By: /s/ William W. Lawrence
                                                                                William W. Lawrence, Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**